# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

CYNTHIA GARCIA                                                              PLAINTIFF

V.                           NO. 2:11CV00206 JTR

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                     DEFENDANT

## ORDER

Plaintiff's Unopposed Motion for Extension of Time (docket entry #13) is GRANTED. Plaintiff's Appeal Brief is due **on or before May 3, 2012.**

IT IS SO ORDERED this 19th day of April, 2012.

_____
UNITED STATES MAGISTRATE JUDGE